IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RJP CONSULTING GROUP, LLC,**<br>Plaintiff,<br><br>v.<br><br>**HCA CW, LLC,**<br>**STUART MILLS and**<br>**HEARTLAND ENTERPRISES I, LLC,**<br>Defendants. | CIVIL ACTION<br><br><br><br><br>NO. 23-1330 |

**O R D E R**

**AND NOW**, this 22nd day of September, 2025, upon consideration of Defendants' Motion for Summary Judgment (ECF 22), it having been reported that the issues between the parties in the above action have been settled, **IT IS ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (ECF 22) is **DENIED AS MOOT**.

2. Pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

3. The Court **RETAINS** jurisdiction over the case for the purpose of enforcing the settlement.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.